THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN J. SYRELL, Appellant. [899 NYS2d 722]—Appeal from a judg-

ment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 30, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.